NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ONIQUE WHITE,                          )
                                       )
            Appellant,                 )
                                       )
v.                                     )          Case No. 2D18-1546
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
_____   )

Opinion filed November 14, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Michelle Sisco,
Judge.


PER CURIAM.

          Affirmed.  See Betancourt v. State, 804 So. 2d 313 (Fla. 2001); Williams v.

State, 707 So. 2d 683 (Fla. 1998); Franke v. State, 997 So. 2d 424 (Fla. 2d DCA 2008);

Carpenter v. State, 884 So. 2d 385 (Fla. 2d DCA 2004); Almendares v. State, 916 So.

2d 29 (Fla. 4th DCA 2005); Williams v. State, 907 So. 2d 1224 (Fla. 5th DCA 2005);

Pruitt v. State, 801 So. 2d 143 (Fla. 4th DCA 2001).


SILBERMAN, VILLANTI, and CRENSHAW, JJ., Concur.